

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Christen Chen, et al*, 24 Cr. 77 (JLR)

Dear Judge Rochon:

The Government submits this joint letter to respectfully request an adjournment of the pretrial conference in the above-captioned matter which is scheduled for April 29, 2024. The parties are currently engaged in discovery review and productive discussions regarding potential pretrial dispositions in this matter. Accordingly, the parties jointly propose an adjournment of the conference in this matter until July 11, 2024 at 11:30 am.

Should the Court grant this request, we further request that time be excluded under the Speedy Trial Act from April 29, 2024 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue discovery review, consider motions, and engage in pretrial negotiations. Defense counsel has no objection to the exclusion of time.

Letter motion GRANTED.  The status conference is adjourned from April 29, 2024 to **July 11, 2024 at 11:30 a.m.**  Speedy trial time is excluded until July 11, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for the parties to continue to review discovery materials, allow defense counsel an opportunity to consider potential motion practice and engage in pretrial negotiations.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Ashley C. Nicolas
Assistant United States Attorney
(212) 637-2467

**SO ORDERED.**

Dated: April 26, 2024
       New York, New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**

cc: Counsel of Record (by ECF)