**Federal Defenders**
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2024

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Christen Chen**
     **24 Cr. 077 (JLR)**

Dear Judge Rochon:

    On behalf of both parties, I write to respectfully request that the Court grant a one-week adjournment of the sentencing hearing in this matter, currently scheduled for October 16, 2024. In preparing for sentencing, the parties discovered an issue with the plea agreement that implicates Mr. Chen's Sixth Amendment right to the effective assistance of counsel. Defense counsel requires additional time to address this matter with Mr. Chen. Accordingly, the parties request that the Court adjourn sentencing in this matter for one week, and further that the Court reset deadlines for the parties' sentencing submissions to reflect the adjusted time frame.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:  AUSA Ashley Nicolas

The letter motion is GRANTED. The sentencing hearing previously scheduled for October 16, 2024 is adjourned to **October 23, 2024 at 12:00 p.m**. The deadlines for the parties' sentencing submissions are also adjourned by one week.

Dated: October 2, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**