**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

CHRISTEN CHEN,
    a/k/a "Nauti,"
    a/k/a "Knotty,"

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY**

24 Cr. 77 (JLR)

WHEREAS, on or about February 12, 2024, CHRISTEN CHEN (the "Defendant"), among others, was charged in a three-count Indictment, 24 Cr. 77 (JLR) (the "Indictment"), with conspiracy to commit unlicensed business of firearms dealing, in violation of Title 18, United States Code, Section 371 (Count One); unlicensed business of firearms dealing, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2 (Count Two); and interstate travel with intent to engage in firearms trafficking, in violation of Title 18, United States Code, Sections 924(n) and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, and any and all firearms and ammunition involved in, used in, or intended to be used in the offenses charged in Counts Two and Three of the Indictment, including but not limited to the following specific property:

   a. Taurus G2C 9mm pistol, Serial Number TLR57972, seized on or about October 16, 2023;

   b. Raven Arms MP25, Serial Number 1037662, seized on or about October 30, 2023;

   c. Taurus G2C 9mm pistol, Serial Number ADL932631, seized on or about October 30, 2023;

   d. Ruger LCP, Serial Number 371250198, seized on or about October 30, 2023;

   e. Smith & Wesson SD9, Serial Number FDC8722, seized on or about October 30, 2023;

   f. Hi-Point Firearm 9mm Luger Model C9, Serial Number 1953025, seized on or about January 30, 2024;

   g. Ruger Security 9mm. pistol, Serial Number 385-61981, seized on or about January 30, 2024;

   h. Taurus Millennium G2 PT1 11 G2 9mm pistol, Serial Number TKS28049, seized on or about January 30, 2024;

   i. H&R Model 923 revolver 8 shot, Serial Number S25633, seized on or about January 30, 2024;

   j. Smith & Wesson M&P 9 shield 9mm. pistol, Serial Number JDZ4347, seized on or about January 30, 2024;

   k. Springfield Armory XPS 40 caliber pistol, Serial Number AT183179, seized on or about January 30, 2024;

   l. Taurus G2S 9mm pistol, Serial Number TLX30900, seized on or about January 30, 2024; and

   m. Poly 80 9mm (no serial number), seized on or about January 30, 2024;

(a. through m., collectively, the "Specific Property");

   WHEREAS, on or about July 8, 2024, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Specific Property;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitute firearms involved in, used or intended to be used in the offense charged in Count Two of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Ashley C. Nicolas, of counsel, and the Defendant and his counsel, Hannah McCrea, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant CHRISTEN CHEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeitures) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*  10/23/2024
ASHLEY C. NICOLAS  DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2467

CHRISTEN CHEN

By: *[signature]*  10/23/24
CHRISTEN CHEN  DATE

By: *[signature]*  10/23/24
HANNAH MCCREA, ESQ.  DATE
Attorney for Defendant
52 Duane Street
New York, NY 10007

SO ORDERED:

*[signature]*  10/23/2024
HONORABLE JENNIFER L. ROCHON  DATE
UNITED STATES DISTRICT JUDGE