UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

                                                        :

UNITED STATES OF AMERICA

                                                      :      CORRECTED PRELIMINARY
          - v. -                              ORDER OF FORFEITURE AS TO
                                           :      <u>SPECIFIC PROPERTY</u>

CHRISTEN CHEN,
          a/k/a "Nauti,"                        :      24 Cr. 77 (JLR)
          a/k/a "Knotty,"

                                                         :

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about February 12, 2024, CHRISTEN CHEN (the "Defendant"), among others, was charged in a three-count Indictment, 24 Cr. 77 (JLR) (the "Indictment"), with conspiracy to commit unlicensed business of firearms dealing, in violation of Title 18, United States Code, Section 371 (Count One); unlicensed business of firearms dealing, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2 (Count Two); and interstate travel with intent to engage in firearms trafficking, in violation of Title 18, United States Code, Sections 924(n) and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, and any and all firearms and ammunition involved in, used in, or intended to be used in the offenses charged in Counts Two and Three of the Indictment, including but not limited to the following specific property:

a.  Taurus G2C 9mm pistol, Serial Number TLR57972, seized on or about October 16, 2023;

b.  Raven Arms MP25, Serial Number 1037662, seized on or about October 30, 2023;

c.  Taurus G2C 9mm pistol, Serial Number ADL932631, seized on or about October 30, 2023;

d.  Ruger LCP, Serial Number 371250198, seized on or about October 30, 2023;

e.  Smith & Wesson SD9, Serial Number FDC8722, seized on or about October 30, 2023;

f.  Hi-Point Firearm 9mm Luger Model C9, Serial Number 1953025, seized on or about January 30, 2024;

g.  Ruger Security 9mm. pistol, Serial Number 385-61981, seized on or about January 30, 2024;

h.  Taurus Millennium G2 PTl 11 G2 9mm pistol, Serial Number TKS28049, seized on or about January 30, 2024;

i.  H&R Model 923 revolver 8 shot, Serial Number S25633, seized on or about January 30, 2024;

j.  Smith & Wesson M&P 9 shield 9mm. pistol, Serial Number JDZ4347, seized on or about January 30, 2024;

k.  Springfield Armory XPS 40 caliber pistol, Serial Number AT183179, seized on or about January 30, 2024;

l.  Taurus G2S 9mm pistol, Serial Number TLX30900, seized on or about January 30, 2024; and

m.  Poly 80 9mm (no serial number), seized on or about January 30, 2024;

(a. through m., collectively, the "Specific Property");

WHEREAS, on or about July 8, 2024, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Specific Property;

WHEREAS, on or about October 23, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture"), forfeiting all right, title and interest of the Defendant in the Specific Property ;

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United States Customs and Border Protection as the agency authorized to take custody of the Specific Property; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected to reflect that the United States Marshals Service is the proper custodial agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Corrected Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant CHRISTEN CHEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    Upon entry of this Corrected Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.    The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_Jennifer Rochon_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

12/15/2025
DATE