UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                          :
UNITED STATES OF AMERICA                                   :
                                                          :
          -v.-                                            :    **FINAL ORDER OF FORFEITURE**
                                                          :
CHRISTEN CHEN,                                             :    24 Cr. 77 (JLR)
     a/k/a "Nauti,"                                       :
     a/k/a "Knotty,"                                      :
                                                          :
                  Defendant.                              :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

WHEREAS, on or about October 23, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 48), which ordered the forfeiture to the United States, *inter alia*, of all right, title and interest of CHRISTEN CHEN (the "Defendant") in the following:

a. Springfield Armory XPS 40 caliber pistol, Serial Number AT183179, seized on or about January 30, 2024;

b. H&R Model 923 revolver 8 shot, Serial Number S25633, seized on or about January 30, 2024;

c. Taurus G2S 9mm pistol, Serial Number TLX30900, seized on or about January 30, 2024;

d. Smith & Wesson M&P 9 shield 9mm pistol, Serial Number JDZ4347, seized on or about January 30, 2024;

e. Ruger Security 9mm pistol, Serial Number 385-61981, seized on or about January 30, 2024;

f. Poly 80 9mm (no serial number), seized on or about January 30, 2024;

g. Taurus Millennium G2 PT1 11 G2 9mm pistol, Serial Number TKS28049, seized on or about January 30, 2024; and

h. Hi-Point Firearm 9mm Luger Model C9, Serial Number 1953025, seized on or about January 30, 2024

(a. through h., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 20, 2025 for thirty (30) consecutive days, through January 18, 2026 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on April 20, 2026 (D.E. 68);

WHEREAS, on or about March 9, 2026, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

Shaqoya Hall
Augusta, Georgia

Shaqoya Hall
Tallahassee, Florida

Shaqoya Hall
Riverdale, Georgia

Shaqoya Hall
Orlando RRM (Residential Re-entry
Management)
Prisoner ID: 12583-506
6303 County Road 500
Wildwood, FL 34785

Zachary Hampton
Staten Island, New York

Zachary Hampton
FCI Fort Dix
Prisoner ID: 12584-506
756 Hartford & Pointville Rd
Joint Base MDL, NJ 08640

(collectivley, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of

Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been

filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or

entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the

United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as

set forth in Title 21, United States Code, Section 853(n)(2);

3

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
            April 20, 2026

This resolves the Letter Motion at Dkt. 69.          SO ORDERED:


_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

4